Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6472 | **DATE** | 1/31/2011 |
| **CASE TITLE** | Cynthia DeBow  vs  Trustmark Recovery Services, Inc. | | |

**DOCKET ENTRY TEXT:**

By agreement, this cause is dismissed without prejudice and without costs with leave to reinstate on or before 3/17/2011. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 3/18/2011. The Court retains jurisdiction to enforce the settlement. Motion to strike [11] and hearing date of 2/1/2011 are stricken.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | |
|---|---|---|